6698.   DEARING v. BAILEY ELECTRIC CO.

WADE, J. This case is controlled by the decision in *Cheshire* v. *Western Union Telegraph Co.,* 16 Ga. App. 790 (86 S. E. 405), where it was held that "The authority of the appellate division of the municipal court of Atlanta on a motion for a new trial is limited to 'sustaining or overruling said motion.' Acts 1913, p. 169, sec. 42 (f). The appellate division is without authority to render a final judgment in a cause when, upon the hearing of a motion for new trial, the verdict and the judgment of the trial judge entered thereon are set aside."

*Judgment reversed.*

DECIDED MAY 19, 1916.

Affidavit of illegality; from municipal court of Atlanta. May 27, 1915.

*H: B. Moss, Frank L. Neufville,* for plaintiff in error.
*W. J. Laney, John P. Haunson,* contra.